374 A.2d 713

Commonwealth v. Weeks, Appellant.

Argued March 24, 1977. Jo-

seph C. Santaguida, for appellant; Eric B. Henson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.